UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARLOS D. EGGLESTON,<br>　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Case No. 2:20-cv-07839-SP<br><br>**ORDER GRANTING JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO 28 U.S.C. § 2412(d).** |

**ORDER**

Based upon the Joint Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Expenses, **IT IS ORDERED** that fees in the amount of $6250.00 as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
THE HONORABLE SHERI PYM
U.S. MAGISTRATE JUDGE